UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                  )
PAMMY ANN NICKERSON, et al.,      )
                                  )
        Plaintiffs,               )
                                  )
            v.                    )        Civil Action No. 19-10401-NMG
                                  )
CHAMPION MORTGAGE                 )
COMPANY LLC, et al.,              )
                                  )
        Defendants.               )
_____  )

ORDER

June 4, 2019

Gorton, D.J.

Pammy Ann Nickerson, proceeding *pro se*, initiated this civil action seeking to challenge a foreclosure sale of, and eviction from, property located in Provincetown, Massachusetts.

By Memorandum and Order dated March 11, 2019, Nickerson's request for injunctive relief was denied and she was granted leave to proceed *in forma pauperis*. *See* Docket No. 6. Nickerson was advised that her complaint failed to set forth plausible claims upon which relief may be granted and failed to provide sufficient notice of her claims to the Defendants. *Id.* Nickerson was advised that this action will be dismissed unless she files an amended complaint which cures the pleading deficiencies of the original complaint. *Id.* Among other things, the Order directed Nickerson to provide a short and plain statement of the relevant facts supporting each claim against each defendant named in the amended complaint. *Id.*

Now before the Court is plaintiff's twenty-two page amended complaint.[1]  *See* Docket No. 7.  Plaintiff's amended complaint, as did her original complaint, recounts a series of events surrounding her unsuccessful efforts to stop both the foreclosure of the Provincetown property and the subsequent eviction proceedings.  The amended complaint suffers from the same pleading deficiencies as the original complaint and fails to state a claim on which relief may be granted.  Although Nickerson was directed to describe how each defendant's acts or omissions violated her rights, the claims in the amended complaint are asserted collectively against the defendants.

Based on the foregoing, and in accordance with the Court's Memorandum and Order dated March 11, 2019, this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  The clerk shall terminate the pending motion and enter a final order of dismissal.

**SO ORDERED.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

---

[1] Although summons have not issued, also before the Court is a motion to dismiss filed by five defendants.  *See* Docket No. 8.